## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Pipe Fitters' Retirement Fund, Local 597, et al.

                                        Plaintiff,

v.                                                             Case No.: 1:19−cv−01999
                                                                     Honorable Gary Feinerman

Jennifer Cooper, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2019:

      MINUTE entry before the Honorable Gary Feinerman: Defendants' motion for immediate dismissal [14] and [15] are denied. However, those filings, which generally deny the complaint' allegations, will stand as Defendants' answers. Because Defendants have answered, the Rule 55(a) defaults [13] are vacated. Plaintiff's motion for default judgment [10] is denied. MIDP disclosures shall be served by 6/20/2019. Joint initial status report shall be filed by 7/2/2019. Motion hearing set for 5/30/2019 [13] is stricken and re−set for 7/9/2019 at 9:00 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.