IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Pipe Fitters' Retirement Fund, Local 597 et al ,

Plaintiff(s),

v.

Cooper et al,

Defendant(s).

Case No. 19 C 1999
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Plaintiffs Pipe Fitters' Retirement Fund, Local 597, et al., and against Defendants Jennifer Cooper and Daniel Cooper, jointly and severally, in the amount of $261,727.69.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 12/19/2019                    Thomas G. Bruton, Clerk of Court

                                    /s/ Jackie Deanes , Deputy Clerk