# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pipe Fitters' Retirement Fund, Local 597, et al.

                                         Plaintiff,

v.                                                Case No.: 1:19–cv–01999
                                                 Honorable Gary Feinerman

Jennifer Cooper, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2020:

       MINUTE entry before the Honorable Gary Feinerman: Status hearing held. For the reasons stated on the record, Plaintiffs' motion for entry of an order of wage garnishment [67] is granted. Enter order. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.