**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597, *et al.*, | ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs | ) ) | NO.: 19-cv-1999 |
| vs. | ) ) | JUDGE: FEINERMAN |
| JENNIFER COOPER, individually, and DANIEL COOOPER, individually, | ) ) ) | MAGISTRATE JUDGE: WEISMAN |
| Defendants. | ) | |

**ORDER OF WAGE GARNISHMENT**

This matter having come before the Court on the Plaintiffs' Motion for Entry of an Order of Wage Garnishment, and the Court having been duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. Metro Tech Service, LLC, as the employer of Defendant DANIEL COOPER, is ordered to pay Plaintiffs, the PIPE FITTERS' RETIREMENT FUND, LOCAL 597 *et al.*, all non-exempt wages due to DANIEL COOPER, in the amount equal to the lesser of:

    a. 15% of DANIEL COOPER's gross weekly wages; or

    b. The amount that exceeds $450.00 of DANIEL COOPER's gross weekly wages.

2. Metro Tech Service, LLC should immediately following the entry of this Order, remit all non-exempt wages due DANIEL COOPER to the attorney for the Plaintiffs, checks made payable to the **Pipe Fitters' Retirement Fund, Local 597** and sent to Johnson & Krol, LLC, Attn: Lucas J. Habeeb, 311 S. Wacker Drive, Suite 1050, Chicago, Illinois 60606.

3. This Order shall continue in effect until the remaining amount on the Judgment, $256,732.03, with statutory interest pursuant to 28 U.S.C. § 1961, is paid in full or until DANIEL COOPER's employment with Metro Tech Service, LLC is concluded, or until further Order of this Court.

ORDERED BY:

_____
HONORABLE JUDGE FEINERMAN

Dated: October 30, 2020